JS-6 / **ENTERED**

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-20-12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL HARRIS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>TIMOTHY BUSBY, Warden,<br><br>　　　　Respondent. | Case No. CV 10-9772-GAF(JPR)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 19, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 2 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY